IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, | ) ) ) | |
| FOX VALLEY AND VICINITY LABORERS PENSION FUND, | ) ) ) | CIVIL ACTION |
| DEBORAH L. FRENCH, as Administrative Manager, | ) ) ) | NO. 26 C 1088 |
| Plaintiffs, | ) ) | JUDGE |
| v. | ) ) | |
| KWCC, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTIFICATION OF AFFILIATES - DISCLOSURE STATEMENT

1. The undersigned attorney and law firm represent the Trustees of the Fox Valley Laborers Health and Welfare Fund, Fox Valley and Vicinity Laborers Pension Fund in this litigation. The undersigned also represents Deborah L. French, in her capacity as Administrative Manager of the Plaintiff Funds.

2. The Trustees of the Fox Valley Laborers Health and Welfare Fund, Fox Valley and Vicinity Laborers Pension Fund are nongovernmental parties that have no publicly held affiliates.

The undersigned, counsel of record for the Trustees of the Fox Valley Laborers Health and Welfare Fund, Fox Valley and Vicinity Laborers Pension Fund, and Deborah L. French, Plaintiffs, furnishes the above in compliance with Local Rule 3.2 of this court.

/s/   Fiona M. Lamb

Catherine M. Chapman
Fiona M. Lamb
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6349421
Telephone: (312) 216-2571
Facsimile: (312) 236-0241
E-Mail: flamb@baumsigman.com

I:\FVLJ\KWCC\#31378\notification of affiliates-disclosure statement fml.jmf.docx